UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VEERAL LAL,

                        Plaintiff,

     -against-

MOVING FORWARD RELOCATION LLC,

                        Defendant.

-----------------------------------------------------------X

**ORDER**
**09 CV 4504 (RRM)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated November 30, 2009, plaintiff states that a process server has made three attempts to serve defendant, however, defendant has moved to an unknown location. See docket entry 4. Plaintiff seeks the Court's help in serving the defendant. Id. The Court does not investigate or locate defendants. However, if defendant is registered as a limited liability company in New York, plaintiff may be able to serve defendant by serving the New York Secretary of State. See New York Civil Practice Law and Rules §311-a; New York Limited Liability Company Law §303. Otherwise, plaintiff will have to investigate and locate defendant through other means.

SO ORDERED.

                                               LOIS BLOOM
                                               United States Magistrate Judge

Dated: December 4, 2009
       Brooklyn, New York