UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VEERAL LAL,

                Plaintiff,

     - against -

MOVING FORWARD RELOCATION LLC,

                Defendant.
------------------------------------------------------------X

ORDER
09-CV-4504 (RRM)(LB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 28 2010
P.M.
TIME A.M.

MAUSKOPF, United States District Judge.

    Plaintiff *pro se* commenced this action on October 19, 2009. By Order dated November 9, 2009 (docket no 3), the assigned Magistrate Judge, the Hon. Lois Bloom, directed the Plaintiff to properly serve the summons and complaint upon the Defendant, Moving Forward Relocating LLC, by no later than February 16, 2010 in the manner directed by the Federal Rules of Civil Procedure. The Plaintiff has failed to abide by that Order, and has failed to show proof of proper service as directed. Accordingly, the Magistrate Judge, by Report & Recommendation to this Court dated March 9, 2010 (docket no. 7) (the R&R), recommends dismissal of the matter without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

    Despite clear notice of the opportunity to object, pursuant to 28 U.S.C. 636(b)(1) and Federal Rule of Civil Procedure 72(b), the Plaintiff has failed to interpose any objection to the Magistrate Judge's dismissal recommendation. Therefore, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, the Magistrate's R&R is ADOPTED and this action is DISMISSED without prejudice.

SO ORDERED.

Dated: Brooklyn, New York
      April 27, 2010

ROSLYNN R. MAUSKOPF
United States District Judge